# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA MIRANDA HERNANDEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:18-cv-01741-JDP<br><br>ORDER GRANTING MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS<br><br>ECF No. 2 |

Plaintiff Sylvia Miranda Hernandez proceeds in this social security appeal represented by counsel. She seeks leave to proceed *in forma pauperis*. ECF No. 2. Plaintiff has submitted an affidavit that satisfies the requirements of 28 U.S.C. § 1915. *Id*. The court will therefore grant plaintiff leave to proceed to proceed in forma pauperis. The court will also direct a United States Marshal to serve defendant Commissioner of Social Security, as required. *See* Fed. R. Civ. P. 4(c)(3).

**Order**

   a. Plaintiff Jesus Chavez Andrade's motion for leave to proceed *in forma pauperis* is granted.

   b. The court also orders service of process on defendant:

      i. The clerk must issue summons.

      ii. The United States Marshal Service must serve a copy of the complaint, summons, and this order on defendant.

      iii. Plaintiff must assist the marshal upon request.

      iv. The United States will advance all costs of service.

1

IT IS SO ORDERED.

Dated: January 3, 2019

_____
UNITED STATES MAGISTRATE JUDGE