UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SYLVIA MIRANDA HERNANDEZ | ) | Case No.: 1:18-cv-01741-JDP |
| Plaintiff, | ) ) | ORDER |
| v. | ) ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) | |
| Defendant. | ) ) ) | |

Based upon the parties' stipulation and for good cause shown, it is ordered that defendant shall have until November 20, 2019 to respond to plaintiff's opening brief, with all other deadlines modified accordingly.

IT IS SO ORDERED.

Dated: October 18, 2019

_____
UNITED STATES MAGISTRATE JUDGE

No. 204